1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICANS W/DISABILITIES

        Plaintiff,

v.

FIZZEE'S BAR
        Defendant.

NO. CV 03-02942 SI

**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY AND/OR REGISTER AS AN E-FILER**

On June 25, 2003, counsel for Americans with Disabilities Advocates filed a COMPLAINT manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III (B) that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for PALINTIFFS should submit the COMPLAINT, in PDF format, as an attachment to an e-mail message to ecf-cand@cand.uscourts.gov within 10 days. All subsequent papers should be filed electronically.

Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF." Counsel in this case who have not yet registered as ECF Users must do so immediately. Forms and instructions for registering can be found on the Court's Web site at

1 ecf.cand.uscourts.gov.

2 Dated: July 10, 2003            <u>Yumiko Saito</u>
Deputy Clerk
3                                                       s/Yumiko Saito

**United States District Court**
For the Northern District of California